[Crim. No. 508.   Fourth Appellate District.—November 15, 1937.]

THE PEOPLE, Respondent, v. HANJI YAMADA et al., Appellants.

No appearance for Appellants.

U. S. Webb, Attorney-General, and John O. Palstine, Deputy Attorney-General, for Respondent.

MARKS, J.—This is a motion to affirm the judgment pronounced on defendants under the provisions of section 1253 of the Penal Code. ■ The clerk's and the reporter's transcripts were filed on October 11, 1937, and the case was placed on the calendar of November 9, 1937, for argument. No brief was filed and no appearance made for defendants.

Judgment affirmed.

Barnard, P. J., and Jennings, J., concurred.